Plaintiff: Harris L. Winns                                              Harris Winns v. BSTZ

Harris L. Winns
2610 Sierra Vista ct.
San Jose, CA. 95116
(408) 835-8872
*In Propia Persona*

**FILED**

ADR 2008 MAY 23 P 2: 13

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| HARRIS L. WINNS<br><br>**Plaintiff,**<br><br>v.<br><br>BLAKELY, SOKOLOFF, TAYLOR & ZAFMAN, LLP. (Anthony Intil, an individual; Candy Mielke, an individual; Jim Salter, an individual; Michael Mallie, an individual; John P. Ward, an individual; Ed Taylor, an individual; Dan Devos, an individual; Diane Robson, an individual; Lester Vincent, an individual; Steve Zelman, an individual; Ronald F. Garrity, an individual; Laura E. Innes, an individual; Tarek Fahmi, an individual; Charles Wall, an individual<br><br>**Defendant(s)** | Case No. C08 02622 PVT<br><br>**APPLICATION FOR COURT APPOINTED COUNSEL IN TITLE VII ACTION** |

Section 1981 / Deprivation of Employment / Title VII

Plaintiff: Harris L. Winns                                    Harris Winns v. BSTZ

# MOTION

I, <u>Harris L. Winns</u>, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct.

Plaintiff respectfully requests that the Court appoint counsel to represent him pursuant of 42 U.S.C.§2000e-5(f)(1). This is an action alleging employment discrimination and seeking relief under Title VII of the Civil Rights Act of 1964, 42 U.S.C.§2000e et seq.

## Previous Efforts To Retain an Attorney

Excluding the months June 2007 – March 2008, within the past two months alone, I've contacted seventeen attorneys. The responses have ranged from; my current work load is too heavy; I'm unable to assist you without further explanation; we are not accepting new clients right now. Additionally, some of my telephone calls in relation to retain an attorney have not been returned at all, even after leaving repeated voice messages. Furthermore, I've also searched outside of the immediate jurisdiction in hopes of raising the prospect of retaining an attorney to represent me on a contingency basis but, thus far, all of my efforts have been fruitless. Therefore, I have no other alternative but to request that the Court look

Section 1981 / Deprivation of Employment / Title VII

favorably upon my request for the appointment of counsel to represent me in this case.

More fundamentally, I hope and pray that the Court does not view my efforts here as that of a bloated ego, held by yours truly. This is far from being the truth. What Blakely-Sokoloff has done to my family and I would make any man stand up and fight to his last breath in order to protect his family first and foremost and secondly, protect his good name. Even if my hands were tied behind my back, which would surely greatly reduced my reach in defensive mode, I have no doubt about if that any man was placed in this position, such as it is here, that he'd still fight in order to provide cover for his family.

I, **Harris L. Winns**, Plaintiff in this action, swear that the contents of my complaint throughout, contains nothing but the raw truth. In addition to, and in accordance with 28 U.S.C.§1746, I declare under penalty of perjury that the foregoing information is true and correct.

DATED: May 23, 2008

*Respectfully submitted*

*[signature]*

Harris L. Winns, *In Propia Persona*