UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| HARRIS L. WINNS, | ) | Case No.: C 08-02622 PVT |
| | ) | |
| Plaintiff, | ) | **ORDER SETTING DEADLINE FOR PETITIONER TO FILE A COPY OF RIGHT-TO-SUE LETTER AND PARTIES TO FILE EITHER A "CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE," OR ELSE A "DECLINATION TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT"** |
| v. | ) | |
| BLAKELY, SOKOLOFF, TAYLOR & ZAFMAN, L.L.P., et al., | ) | |
| Defendants. | ) | |

On May 08, 2008, Plaintiff submitted an application for court appointed counsel, stating that he was unable to retain counsel despite his attempts to contact seventeen attorneys. This case has been assigned to a Magistrate Judge. Before the court takes any action on the application for court appointed counsel, the court must determine whether or not all of the parties who have appeared consent to Magistrate Judge jurisdiction, or whether any of the parties request reassignment to a District Judge. Therefore,

IT IS HEREBY ORDERED that no later than June 30, 2008, Plaintiff provide the court with a copy of the Equal Employment Opportunity Commission's notice of right-to-sue letter.

IT IS FURTHER ORDERED that no later than June 30, 2008, each party who has not already done so shall file either a "Consent to Proceed Before a United States Magistrate Judge," or else a "Declination to Proceed Before a United States Magistrate Judge and Request for

ORDER, *page 1*

Reassignment."[1]  Both forms are available from the clerk of the court, or from the Forms (Civil) section of the court's website at www.cand.uscourts.gov.

Dated:    *June 3, 2008*

                                                                          *Patricia V. Trumbull*
                                                                          _____
                                                                          PATRICIA V. TRUMBULL
                                                                          United States Magistrate Judge

---

[1].    Magistrate Judges only have authority to rule on a motion for appointment of counsel if all parties who have appeared in the case have consented to Magistrate Judge jurisdiction.  *See* 28 U.S.C. § 636(c)(1).

ORDER, *page 2*