Plaintiff: Harris Winns (Pro Per)

Harris Winns v. BSTZ

Harris L. Winns
2610 Sierra Vista ct.
San Jose, CA. 95116
(408) 835-8872
*In Propia Persona*

FILED
2008 JUN -6  A 11: 33
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

HARRIS L. WINNS

    Plaintiff,

    v.

BLAKELY, SOKOLOFF, TAYLOR & ZAFMAN, LLP. (Anthony Intil, an individual; Candy Mielke, an individual; Jim Salter, an individual; Michael Mallie, an individual; John P. Ward, an individual; Ed Taylor, an individual; Dan Devos, an individual; Diane Robson, an individual; Lester Vincent, an individual; Steve Zelman, an individual; Ronald F. Garrity, an individual; Laura E. Innes, an individual; Tarek Fahmi, an individual; Charles Wall, an individual  **Defendant(s)**

Case No: C08-02622 PVT

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

-1-
Section 1981 / Deprivation Of Employment / Title VII

Plaintiff: Harris Winns (Pro Per)                                                      Harris Winns v. BSTZ

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

DATED: June 6, 2008

*Respectfully submitted*

*[signature]*

Harris L. Winns, *In Propia Persona*

-2-
Section 1981 / Deprivation Of Employment / Title VII