IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

HARRIS L. WINNS,

    Plaintiff,

v.

BLAKELY, SOKOLOFF, TAYLOR & ZAFMAN, LLP, et al.,

    Defendant.

***E-FILED - 7/8/08***

CASE NO.: C-08-02622-RMW

**CLERK'S NOTICE OF SETTING CASE MANAGEMENT CONFERENCE**

    PLEASE TAKE NOTICE that a Case Management Conference has been scheduled for **September 12, 2008 at 10:30 a.m.**, before the Honorable Judge Ronald M. Whyte. Parties are to appear in courtroom #6, 4th floor of the U.S. Courthouse, 280 South First Street, San Jose, California. Parties are required to file a Joint Case Management Statement by September 5, 2008.

    If the above-entitled matter settles counsel are required to notify the Court by contacting the Courtroom Deputy at (408) 535-5375, so as to take this matter off calendar.

DATED: July 8, 2008

BY: _/s/ Jackie Garcia_
JACKIE GARCIA
Courtroom Deputy for
Honorable Ronald M. Whyte

1
2
3   Copy of Order E-Filed to Counsel of Record:
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28