UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| HARRIS L. WINNS, | ) | Case No.: C 08-02622 PVT |
| Plaintiff, | ) ) | **ORDER VACATING REASSIGNMENT** |
| v. | ) ) | |
| BLAKELY, SOKOLOFF, TAYLOR & ZAFMAN, LLP, et al., | ) ) ) | |
| Defendants. | ) | |

On June 3, 2008, the court issued a deadline by which the parties were to consent to proceed before a magistrate judge or decline to proceed before a magistrate judge and request reassignment to a district judge. ("June 3, 2008 Order"). Because no response was received by the defendants, the above-captioned action was reassigned to district judge on July 3, 2008. Defendants have not yet been served with the summons and complaint in the action and therefore, have not yet appeared to comply with the deadline set forth in the June 3, 2008 Order. Accordingly, reassignment to a district judge is vacated and the above-captioned action is reassigned to the original assignment.

IT IS SO ORDERED.

Dated: *July 24, 2008*

_____
PATRICIA V. TRUMBULL
United States Magistrate Judge