Plaintiff: Harris Winns (Pro Per)                                    Harris Winns v. BSTZ

Harris L. Winns
2610 Sierra Vista ct.
San Jose, CA. 95116
(408) 835-8872
*In Propia Persona*

**FILED**

2008 JUL 28 A 10: 31

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

HARRIS L. WINNS

  **Plaintiff,**

  v.

BLAKELY, SOKOLOFF, TAYLOR & ZAFMAN, LLP. (Anthony Intil, an individual; Candy Mielke, an individual; Jim Salter, an individual; Michael Mallie, an individual; John P. Ward, an individual; Ed Taylor, an individual; Dan Devos, an individual; Diane Robson, an individual; Lester Vincent, an individual; Steve Zelman, an individual; Ronald F. Garrity, an individual; Laura E. Innes, an individual; Tarek Fahmi, an individual; Charles Wall, an individual   **Defendant(s)**

Case No: C 08 02622 PVT

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

-1-
Section 1981 / Deprivation Of Employment / Title VII
DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT
TO A UNITED STATES DISTRICT JUDGE

# REQUEST FOR REASSIGNMENT TO A UNITED STATED DISTRICT JUDGE

In accordance with and pursuant to Local Rule 73-1, the undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge. In no manner should this request for reassignment be misconstrued as a lack of confidence in, or disrespect to the Magistrate Judge that this case is currently assigned to.

DATED: July 28, 2008

*Respectfully submitted*

Harris L. Winns, *In Propia Persona*

-2-
Section 1981 / Deprivation Of Employment / Title VII
DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE