AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

NORTHERN    District of    CALIFORNIA

HARRIS L. WINNS

**SUMMONS IN A CIVIL ACTION**

V.

Ronald F. Garrity

CASE NUMBER:   C 08-02622 PVT

TO: (Name and address of Defendant)

Ronald F. Garrity
601 Gateway Blvd. #950
So. San Francisco, CA. 94080

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Harris L. Winns
2610 Sierra Vista ct.
San Jose, CA. 95116
(408) 835-8872
*In Propia Persona*

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

RICHARD W. WIEKING

JUL 2 8 2008

CLERK

Tiffany Salinas-Harwell

DATE

(By) DEPUTY CLERK