AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__NORTHERN__    District of    __CALIFORNIA__

HARRIS L. WINNS

**SUMMONS IN A CIVIL ACTION**

V.

Michael Mallie

CASE NUMBER:   C 08-02622 PVT

TO: (Name and address of Defendant)

Michael Mallie
1279 oakmead Pkwy.
Sunnyvale, CA. 94805

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Harris L. Winns
2610 Sierra Vista ct.
San Jose, CA. 95116
(408) 835-8872
*In Propia Persona*

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

RICHARD W. WIEKING                                   JUL 2 8 2008

CLERK                                                       DATE

Tiffany Salinas-Harwell

(By) DEPUTY CLERK