AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__NORTHERN__ District of __CALIFORNIA__

HARRIS L. WINNS

**SUMMONS IN A CIVIL ACTION**

V.

Laura E. Innes

CASE NUMBER: C 08-02622 PVT

TO: (Name and address of Defendant)

Laura E. Innes
601 Gateway Blvd. #950
So. San Francisco, CA. 94080

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Harris L. Winns
2610 Sierra Vista ct.
San Jose, CA. 95116
(408) 835-8872
*In Propia Persona*

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

RICHARD W. WIEKING

JUL 2 8 2008

| CLERK | DATE |
|---|---|
| Tiffany Salinas-Harwell | |

(By) DEPUTY CLERK