⚫AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__NORTHERN__ District of __CALIFORNIA__

HARRIS L. WINNS

**SUMMONS IN A CIVIL ACTION**

V.

Jim Salter

CASE NUMBER: C 08-02622 PVT

TO: (Name and address of Defendant)

Jim Salter
150 Almaden Blvd. #900
San Jose, CA. 95113

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Harris L. Winns
2610 Sierra Vista ct.
San Jose, CA. 95116
(408) 835-8872
In Propia Persona

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

JUL 2 8 2008

RICHARD W. WIEKING

CLERK                                              DATE

Tiffany Salinas-Harwell

(By) DEPUTY CLERK