AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

| NORTHERN | District of | CALIFORNIA |
|---|---|---|

HARRIS L. WINNS

**SUMMONS IN A CIVIL ACTION**

V.

ANTHONY INTIL

CASE NUMBER:    C 08-02622 PVT

TO: (Name and address of Defendant)

Anthony Intil
1279 Oakmead Pkwy.
Sunnyvale, CA. 94805

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Harris L. Winns
2610 Sierra Vista ct.
San Jose, CA. 95116
(408) 835-8872
*In Propia Persona*

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

RICHARD W. WIEKING                         JUL 2 8 2008

CLERK                                      DATE
    Tiffany Salinas-Harwell

(By) DEPUTY CLERK