UNITED STATES DISTRICT COURT
Northern District of California
280 South First Street
San Jose, California 95113
_____

www.cand.uscourts.gov

Richard W. Wieking  
Clerk

General Court Number
408.535.5364

July 29, 2008

**CASE NUMBER:  CV 08-02622 PVT**
**CASE TITLE:  HARRIS L. WINNS-v-BLAKELY SOKOLOFF, ET AL.**

REASSIGNMENT ORDER

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **San Jose** division.  Case reassigned to the **Honorable James Ware** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **JW** immediately after the case number.

ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 07/29/08

FOR THE EXECUTIVE COMMITTEE:

_____
Richard W. Wieking
Clerk

NEW CASE FILE CLERK:

Copies to: Courtroom Deputies            Special Projects
Log Book Noted                           Entered in Computer 07/29/08 tsh

CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel                  Transferor CSA

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARRIS L. WINNS, | Case Number: CV08-02622 JW |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| BLAKELY SOKOLOFF, ET AL. et al, | |
| Defendant. / | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 1, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Harris L. Winns
2610 Sierra Vista Court
San Jose, CA 95116

Dated: August 1, 2008

Richard W. Wieking, Clerk
By: Tiffany Salinas-Harwell, Deputy Clerk