1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| HARRIS L. WINNS, | ) | Case No.: C 08-02622 PVT |
| | ) | |
| Plaintiff, | ) | **ORDER FOR REASSIGNMENT TO U.S.** |
| | ) | **DISTRICT JUDGE** |
| v. | ) | |
| | ) | |
| BLAKELY, SOKOLOFF, TAYLOR & | ) | |
| ZAFMAN, LLP, et al., | ) | |
| | ) | |
| Defendants. | ) | |

_____

On June 6, 2008, plaintiff Harris Winns proceeding *pro se* consented to jurisdiction of a

magistrate judge. ("Winns"). On July 28, 2008, plaintiff Winns declined jurisdiction of a magistrate

judge.

GOOD CAUSE appearing, the above-captioned action shall be reassigned to a U.S. District

Judge.

IT IS SO ORDERED.

Dated:    *July 30, 2008*

_____
PATRICIA V. TRUMBULL
United States Magistrate Judge

ORDER, *page 1*