Nancy L. McCoy (SBN 184983)
Cortney L. McDevitt (SBN 241879)
STRAZULO FITZGERALD, LLP
275 Battery Street, Suite 200
San Francisco, California 94111
Telephone: (415) 394-9500
Facsimile: (415) 934-9501

Attorneys for Defendants
See Signature Page

FILED

AUG 0 6 2008

RICHARD W. WIEKING
CLERK, U.S DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HARRIS L. WINNS,<br><br>Plaintiff,<br><br>v.<br><br>BLAKELY SOKOLOFF TAYLOR & ZAFMAN, LLP, ANTHONY INTIL, CANDY MIELKE, JIM SALTER, MICHAEL MALLIE, JOHN P WARD, ED TAYLOR, DAN DEVOS, DIANE ROBSON, LESTER VINCENT, STEVE ZELMAN, DAVE MONTOYA, KARENT WILSON, TAREK FAHMI, LAURA E. INNES, RONALD F. GARRITY, CHARLES WALL | CASE NO.: C 08-02622 JW<br><br>CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE |

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: August 5, 2008

_____
Nancy L. McCoy
Attorneys for Blakely Sokoloff Taylor & Zafman, LLP, Anthony Intil, Candy Mielke, Michael Mallie, John P. Ward, Ed Taylor, Dan Devos, Diane Robson, and Lester Vincent, Jim Salter, Dave Montoya, Tarek Fahmi, Steve Zelman, and Karen Wilson

6880

-1-

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

CASE NAME: Winns v. Blakely Sokoloff, et al
NORTHERN DISTRICT/ SAN JOSE DIVISION ACTION NO: C08 02622 JW

## PROOF OF SERVICE

I am a citizen of the United States. My business address is 275 Battery Street, Suite 200, San Francisco, California, 94104. I am employed in the county of San Francisco where this service occurs. I am over the age of 18 years and not a party to the within cause.

On August 6, 2008, I served the following document(s) described as:

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

    **X**    **BY MAIL:** I am readily familiar with my employer's normal business practice of collection and processing of correspondence for mailing. Under that practice, correspondence is deposited with the U.S. Postal Service that same day in (a) sealed envelope(s) with postage thereon fully prepaid at San Francisco, California, in the ordinary course of business.

    ☐    **BY FAX:** I served said document(s) by transmitting via facsimile from facsimile number 415.394.9501 to the facsimile number(s) set forth below, or as stated on the attached service list, on this date before 5.00 p.m. A statement that this document was successfully transmitted without error is hereby attached to the Proof of Service.

           **BY PERSONAL SERVICE:** I caused such envelope(s) to be delivered by hand this date to the offices of the addressee(s).

    ☐    **BY OVERNIGHT DELIVERY:** I caused such envelope(s) to be delivered on the same day to an authorized courier or driver or to a regular box or other facility regularly maintained by **FEDERAL EXPRESS** with delivery fees provided for, addressed to the person(s) on whom it is to be served.

on the interested party(ies) in this action addressed as follows:

HARRIS L. WINNS
2610 Sierra Vista Ct.
San Jose, CA 95116
Tel: (408) 835-8872

    ☒    **STATE:** I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on August 6, 2008, at San Francisco, California.

*Alice Kay* (signature)
Alice Kay

STRAZULO FITZGERALD LLP
275 BATTERY STREET, SUITE 200
San Francisco, CA 94111
Tel. (415) 293-9500  Fax. (415) 394-9501

4735

- 1 -
PROOF OF SERVICE