Nancy L. McCoy (SBN 184983)
Cortney L. McDevitt (SBN 241879)
STRAZULO FITZGERALD, LLP
275 Battery Street, Suite 200
San Francisco, California 94104
Telephone: (415) 394-9500
Facsimile: (415) 934-9501

Attorneys for Defendants
See Signature Page

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HARRIS L. WINNS,<br><br>Plaintiff,<br><br>v.<br><br>BLAKELY SOLOKOFF TAYLOR & ZAFFMAN, LLP, ANTHONY INTIL, CANDY MIELKE, JIM SALTER, MICHAEL MALLIE, JOHN P WARD, ED TAYLOR, DAN DEVOS, DIANE ROBSON, LESTER VINCENT STEVE ZELMAN, DAVE MONTOYA, KAREN WILSON, TAREK FAHMI, LAURA E. INNES, RONALD F. GARRITY, CHARLES WALL<br><br>Defendants. | CASE NO.: C08 02622 JW<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANTS' SPECIAL MOTION TO STRIKE PURSUANT TO CALIFORNIA CIVIL PROCEDURE CODE §425.16**<br><br>[Rule 12(b)(6) Motion to Dismiss Filed Concurrently Herewith]<br><br>Date:   September 15, 2008<br>Time:  9:00 am<br>Dept.:  Courtroom 8, 4th Floor<br>Judge:  James Ware |

In support of their Special Motion to Strike Causes of Action for Malicious Prosecution and Abuse of Process in Plaintiff's Complaint pursuant to California Civil Procedure Code §425.16, filed concurrently herewith, Defendants Blakely Sokoloff Taylor & Zafman, LLP, Anthony Intil, Candy Mielke, Michael Mallie, John P. Ward, Ed Taylor, Dan Devos, Diane Robson, Lester Vincent, Jim Salter, Dave Montoya, Tarek Fahmi, Steve Zelman, and Karen Wilson ("Defendants") respectfully request that the Court take judicial notice pursuant to Federal Rule of Evidence 201 of the following:

1.    Temporary Restraining Order and Order to Show Cause Why Preliminary Injunction Should Not Be Issued, issued by the Superior Court of California for the County of Santa Clara in the matter of <u>Blakely Sokoloff Taylor & Zafman, LLP v. Harris Winns</u>, Case No. CV 806829.  A True and Correct of the Temporary Restraining Order is attached hereto as Exhibit 1.

2.    The Stipulated Order for Injunction, signed by Plaintiff Winns and his attorney of record, entered on May 6, 2002 in the matter of <u>Blakely Sokoloff Taylor & Zafman, LLP v. Harris Winns</u>, Santa Clara Superior Court Case No. CV 806829.  A True and Correct of the Stipulated Order for Injunction is attached hereto as Exhibit 2.

Dated: Friday, August 15, 2008                STRAZULO FITZGERALD LLP

By _____
Nancy L. McCoy
Cortney L. McDevitt
Attorneys for Blakely Sokoloff Taylor & Zafman, LLP, Anthony Intil, Candy Mielke, Michael Mallie, John P. Ward, Ed Taylor, Dan Devos, Diane Robson, Lester Vincent, Jim Salter, Dave Montoya, Tarek Fahmi, Steve Zelman, and Karen Wilson

STRAZULO FITZGERALD LLP
275 BATTERY ST., SUITE 200
SAN FRANCISCO CALIFORNIA 94111
TEL. 415.394.9500  FAX. 415.394.9501