Nancy L. McCoy (SBN 184983)
Cortney L. McDevitt (SBN 241879)
STRAZULO FITZGERALD, LLP
275 Battery Street, Suite 200
San Francisco, California 94111
Telephone: (415) 394-9500
Facsimile: (415) 934-9501

Attorneys for Defendants
See Signature Page

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HARRIS L. WINNS,<br><br>    Plaintiff,<br><br>    v.<br><br>BLAKELY SOKOLOFF TAYLOR & ZAFMAN, LLP, ANTHONY INTIL, CANDY MIELKE, JIM SALTER, MICHAEL MALLIE, JOHN P WARD, ED TAYLOR, DAN DEVOS, DIANE ROBSON, LESTER VINCENT, STEVE ZELMAN, DAVE MONTOYA, KAREN WILSON, TAREK FAHMI, LAURA E. INNES, RONALD F. GARRITY, CHARLES WALL<br><br>    Defendants. | CASE NO.: C08 02622 JW<br><br>**DEFENDANTS' NOTICE OF MOTION AND MOTION FOR RULE 12(b)(6) MOTION TO DISMISS PLAINTIFF'S COMPLAINT**<br><br>DATE:    September 15, 2008<br>TIME:    9:00 a.m.<br>DEPT:    Courtroom 8, 4th Floor<br>JUDGE:   James Ware |

TO PLAINTIFF HARRIS L. WINNS:

PLEASE TAKE NOTICE that on September 15, 2008 at 9:00 a.m. or as soon thereafter as the matter may be heard in Department 8 of the above entitled court located at 2112 Robert F. Peckham, Federal Building, United States Courthouse, 280 South First Street, San Jose, California, 95113-3002, Telephone: (408) 535-5364, Defendants Blakely Sokoloff Taylor & Zafman, LLP, Anthony Intil, Candy Mielke, Michael Mallie, John P. Ward, Ed Taylor, Dan Devos, Diane Robson, Lester Vincent, Jim Salter, Dave Montoya, Tarek Fahmi, Steve Zelman, and Karen Wilson

("Defendants") will and hereby do move to dismiss Plaintiff Harris L. Winns' ("Plaintiff") complaint on file herein in its entirety pursuant to Federal Rule of Civil Procedure 12(b)(6).

This motion to dismiss is made on the grounds that Plaintiff has failed to state a cause of action upon which relief may be granted. Plaintiff filed an action in California Superior Court for the County of Santa Clara in August 2007, alleging causes of action arising out of the same transaction or occurrence as asserted in his current Complaint and seeking to vindicate the same primary rights implicated in the current Complaint. Plaintiff's state court action was litigated to a final judgment on the merits, and therefore Plaintiff's current Complaint is barred by the doctrine of res judicata. In addition, each and every cause of action Plaintiff attempts to assert in the current Complaint is barred by the applicable statute of limitations. Finally, Plaintiff's current Complaint is impermissibly vague, ambiguous, overbroad and unintelligible, and fails to state facts constituting any claim upon which relief may be granted.

This motion to dismiss is based upon this notice, the memorandum of points and authorities, the Declaration of Nancy L. McCoy and Defendants' Request for Judicial Notice and exhibits thereto, all served and filed concurrently herewith, as well as on all pleadings, records, and documents on file with the court in this action, and on all such oral and documentary evidence and arguments of counsel al may be presented at the hearing of this motion.

Dated: Friday, August 15, 2008              STRAZULO FITZGERALD LLP


By_____
Nancy L. McCoy
Cortney L. McDevitt
Attorneys for Blakely Sokoloff Taylor & Zafman, LLP, Anthony Intil, Candy Mielke, Michael Mallie, John P. Ward, Ed Taylor, Dan Devos, Diane Robson, Lester Vincent, Jim Salter, Dave Montoya, Tarek Fahmi, Steve Zelman, and Karen Wilson

6911                                  2
**DEFENDANTS' NOTICE OF MOTION AND MOTION FOR RULE 12(b)(6)
MOTION TO DISMISS PLAINTIFF'S COMPLAINT**