**United States District Court**
For the Northern District of California

1

2

3

4          UNITED STATES DISTRICT COURT

5          NORTHERN DISTRICT OF CALIFORNIA

6

7    Harris Winns,                          No. C 08-02662 JW

8              Plaintiff(s),                CLERK'S NOTICE CONTINUING MOTION
                                            HEARING AND CASE MANAGEMENT
9        v.                                 CONFERENCE

10   Blakely Sokoloff Taylor & Zafman, LLP et al,

11             Defendant(s).

12   _____/

13

     TO ALL PARTIES AND COUNSEL OF RECORD:
14

15
     YOU ARE NOTIFIED THAT the Defendants' Motion to Strike Plaintiff's Complaint and Motion
16
     to Dismiss before Judge James Ware previously noticed for September 15, 2008 at 9:00 AM, has
17
     been reset to **November 3, 2008 at 9:00 AM in** Courtroom 8, 4th Floor, 280 S. 1st  Street, San Jose,
18
     California.  The case management conference set for September 15, 2008 at 10:00 AM is also
19
     continued **to November 3, 2008 at 10:00 AM.**
20
     Dated:  August 7, 2008
21
                                            FOR THE COURT,
22                                          Richard W. Wieking, Clerk

23

24                                          by:  _____/s/_____
                                                 Elizabeth Garcia
25                                               Courtroom Deputy

26

27

28