Harris L. Winns
2610 Sierra Vista ct.
San Jose, CA. 95116
(408) 835-8872
*In Propia Persona*

FILED
2008 SEP -4 A 10: 04
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| HARRIS L. WINNS<br><br>**Plaintiff,**<br><br>v.<br><br>BLAKELY, SOKOLOFF, TAYLOR & ZAFMAN, LLP. (Anthony Intil, an individual; Candy Mielke, an individual; Jim Salter, an individual; Michael Mallie, an individual; John P. Ward, an individual; Ed Taylor, an individual; Dan Devos, an individual; Diane Robson, an individual; Lester Vincent, an individual; Steve Zelman, an individual; Ronald F. Garrity, an individual; Laura E. Innes, an individual; Tarek Fahmi, an individual; Charles Wall, an individual **Defendant(s)** | Case no: CV 08-02622 JW<br><br>**PLAINTIFF'S MOTION FOR THE CREATION OF AN ECF ACCOUNT**<br><br>Date: September 4th, 2008<br>Time:<br>Dept: Court room #8, 4th Floor<br>Judge: Hon. James Ware |

-1-
Section 1981 / Deprivation Of Employment / Title VII

# MOTION

Your Honor, the Plaintiff, **Harris L. Winns**, respectfully request that an Electronic Case Filing (ECF) account be created in my name with the issuance of a username and password so that I could then more efficiently submit documents to the court. Your consideration and granting of permission to do so is greatly appreciated in advance.

DATED: September 4, 2008

*Respectfully submitted*

*[signature]*
Harris L. Winns, *In Propia Persona*