1   CHARLES A. DYER, Esq., State Bar #47718
    DYER & WHITE, LLP
2   800 Oak Grove, Suite 200
    Menlo Park, CA 94025
3   Tele:  (650) 325-7000
    FAX:   (650) 325-3116
4   E-Mail:  cdyer@dyer-white.com

5   Attorneys for Defendants
    Laura E. Innes and Ronald F. Garrity

6

7

8                   UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                         SAN JOSE DIVISION

11

12  HARRIS L. WINNS,                    ) Case No.  C08 02622 JW
                                        )
13          Plaintiff,                  ) **REQUEST FOR  JUDICIAL**
                                        ) **NOTICE IN SUPPORT OF**
14      vs.                             ) **DEFENDANTS INNES &**
                                        ) **GARRITY'S MOTION TO**
15  BLAKELY SOLOKOFF TAYLOR & ZAFFMAN,  ) **STRIKE PLAINTIFF'S**
    LLP, ANTHONY INTIL, CANDY MIELKE,   ) **COMPLAINT PURSUANT TO**
16  JIM SALTER, MICHAEL MALLIE, JOHN P. )  **CALIFORNIA CIVIL PROCE-**
    WARD, ED TAYLOR, DAN DEVOS, DIANE   )  **DURE CODE §425.16**
17  ROBSON, LESTER VINCENT, STEVE       )
    ZELMAN, DAVE MONTOYA, KAREN WILSON, )
18  TAREK FAHMI, LAURA E. INNES, RONALD )
    F. GARRITY, CHARLES WALL,           )
19                                      ) Date:  November 3, 2008
            Defendants.                 ) Time:  9:00 a.m.
20                                      ) Dept:  Courtroom 8, 4th Floor
                                        ) Judge:  James Ware
21  _____)

22

23          In support of their Special Motion to Strike Causes of Action for Malicious

24  Prosecution and Abuse of Process in Plaintiff's Complaint pursuant to California Civil Procedure

25  Code §425.16, filed concurrently herewith, Defendants LAURA E. INNES and RONALD F.

26  GARRITY ("Defendants") respectfully request that the Court take judicial notice pursuant to

27  Federal Rule of Evidence 201 of the following:

28          1.      Temporary Restraining Order and Order to Show Cause Why Preliminary

–1–

**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANTS INNES AND GARRITY'S SPECIAL
MOTION TO STRIKE PLAINTIFF'S COMPLAINT PURSUANT TO CCP §425.16  -    CASE #C08 02622JW**

1    Injunction Should Not Be Issued, issued by the Superior Court of California for

2    the County of Santa Clara in the matter of <u>Blakely Sokoloff Taylor & Zafman,</u>

3    <u>LLP v. Harris Winns</u>, Case No. CV 806829.  A true and correct copy of the

4    Temporary Restraining Order is attached hereto as Exhibit A.

5        2.    The Stipulated Order for Injunction, signed by Plaintiff Winns and his attorney

6    of record, entered on May 6, 2002 in the matter of <u>Blakely Sokoloff Taylor &</u>

7    <u>Zafman, LLP v. Harris Winns</u>, Santa Clara County Superior Court Case No. CV

8    806829.  A true and correct copy of the Stipulated Order for Injunction is

9    attached hereto as Exhibit B.

10        Federal Rules of Evidence Rule 201(b)(2)  provides that judicial notice may be taken

11    of facts capable of accurate and ready determination by resort to sources whose accuracy cannot

12    be reasonably questioned.

13        The record of state court proceeding is a source whose accuracy cannot reasonably be

14    questioned, and judicial notice may be taken of court records.  [Citations]  (<u>Reyes v. Hamlet</u>,

15    2008 U.S. Dist. LEXIS 63239, 10 (E.D., Cal. July 23, 2008.)

16

17    DATED:  September  4,  2008        DYER & WHITE LLP

18

19    By _s/CHARLES A. .DYER_____
      CHARLES A. DYER
20    Attorneys for Defendants
      **LAURA E. INNES and RONALD**
21    **F. GARRITY**

22

23

24

25

26

27

28

REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANTS INNES AND GARRITY'S SPECIAL
MOTION TO STRIKE PLAINTIFF'S COMPLAINT PURSUANT TO CCP §425.16  -    CASE #C08 02622JW

## CERTIFICATE OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF SAN MATEO:**

I am a citizen of the United States; my business address is 800 Oak Grove Avenue, Suite 200, Menlo Park, California 94025.  I am employed in the County of San Mateo where this mailing occurs.  I am over the age of eighteen (18) years and not a party to the within cause.  I served the within:

**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANTS INNES & GARRITY'S SPECIAL MOTION TO STRIKE PLAINTIFF'S COMPLAINT PURSUANT TO CALIFORNIA CIVIL PROCEDURE CODE §425.16**

on the following person(s) on the date set forth below:

[X]  **(VIA MAIL - CCP §§ 1013(a), 2015.5)** By placing a true copy thereof enclosed in a sealed envelope(s), addressed as below, and placing each for collection and mailing on that date following ordinary business practices.  I am readily familiar with my firm's business practice of collection and processing of correspondence for mailing with the U.S. Postal Service and correspondence placed for collection and mailing would be deposited in the U.S. Postal Service at Menlo Park, California, with postage thereon fully prepaid, that same day in the ordinary course of business.

[  ]  **(VIA PERSONAL DELIVERY -- CCP §§ 1011, 2015.5)** By placing a true copy thereof enclosed in a sealed envelope(s), addressed as below, and causing each envelope(s) to be hand delivered on that day by _____, in the ordinary course of my firm's business practice.

[  ]  **(VIA FACSIMILE -- CCP §§ 1013(e), 2015.5, CRC 2008)** By arranging for facsimile transmission from facsimile number 650-325-3116 to the facsimile number(s) listed below prior to 5:00 p.m.  I am readily familiar with my firm's business practice of collection and processing of correspondence via facsimile transmission(s) and any such correspondence would be transmitted in the ordinary course of business.  The facsimile transmission(s) was reported as complete and without error, and a copy of the transmission report is attached.

[  ]  **(VIA OVERNIGHT MAIL/COURIER - CCP §§1013(c), 2015.5)** By delivering a true copy thereof enclosed in a sealed envelope(s), addressed as below, to an authorized courier or driver authorized by Federal Express, an express service carrier to receive documents, in an envelope or package designed by Federal Express with delivery fees paid or provided for, addressed as below .  I am familiar with my firm's business practice of collection and processing correspondence for overnight mail or overnight courier service, and my correspondence placed for collection for overnight delivery would, in the ordinary course of business, be delivered to an authorized courier or driver authorized by the overnight mail carrier to receive documents, with delivery fees paid or provided for, that same day, for delivery on the following  business day.

Harris L. Winns
2610 Sierra Vista Court
San Jose, CA 95116
Tele: 408-835-8872

In Pro Per

LAW OFFICES
DYER & WHITE, LLP

1   Nancy L. McCoy, Esq.
2   Cortney L. McDevitt, Esq.
    Strazulo Fitzgerald, LLP
3   275 Battery Street
    Suite 200
4   San Francisco, CA 94111
    Tele:  415-394-9500
5   FAX:  415-394-9501

6   Attorneys for Defendants Blakely Sokoloff Taylor &
    Zafman, LLP, Anthony Intil, Candy Mielke, Michael
7   Mallie, John P. Ward,  Ed Taylor, Dan Devos, Diane
    Robson and Lester Vincent

8
        I declare that I am employed in the office of a member of the bar of this court at whose
9   direction the service was made.  Executed on  September 4, 2008, at  Menlo Park, California.

10

11                            s/DEBBIE RIFFEL
                              DEBBIE RIFFEL
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**PROOF OF SERVICE BY MAIL - CASE #C08 02622JW**

1   CHARLES A. DYER, Esq., State Bar #47718
    DYER & WHITE, LLP
2   800 Oak Grove, Suite 200
    Menlo Park, CA 94025
3   Tele:  (650) 325-7000
    FAX:  (650) 325-3116
4   E-Mail:  cdyer@dyer-white.com

5   Attorneys for Defendants
    Laura E. Innes and Ronald F. Garrity

6

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                        SAN JOSE DIVISION

11

12  HARRIS L. WINNS,                     )  Case No.  C08 02622 JW
                                         )
13         Plaintiff,                     )
                                         )
14      vs.                               )
                                         )
15  BLAKELY SOLOKOFF TAYLOR & ZAFFMAN,    )
    LLP, ANTHONY INTIL, CANDY MIELKE,     )
16  JIM SALTER, MICHAEL MALLIE, JOHN P.   )
    WARD, ED TAYLOR, DAN DEVOS, DIANE     )
17  ROBSON, LESTER VINCENT, STEVE         )
    ZELMAN, DAVE MONTOYA, KAREN WILSON,   )
18  TAREK FAHMI, LAURA E. INNES, RONALD   )  Date:  November 3, 2008
    F. GARRITY, CHARLES WALL,             )  Time:  9:00 a.m.
19                                         )  Dept:  Courtroom 8, 4th Floor
           Defendants.                     )  Judge:  Hon. James Ware
20  ─────────────────────────────────────)

21

22

23                        **EXHIBIT "A"**

24

25

26

27

28

(ENDORSED)
FILED

APR 8  8 21 AM '02

SUPE_____ OF CA
COUNTY __ S__A CLARA
BY                    DEPUTY

C. ANARREYES

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF SANTA CLARA

CV 8 0 6 8 2 9

| | |
|---|---|
| BLAKELY SOKOLOFF TAYLOR & ZAFMAN, LLP, <br><br> Plaintiff, <br><br> v. <br><br> HARRIS WINNS, <br><br> Defendant. | ) Case No. <br> ) <br> ) <br> ) [PROPOSED] TEMPORARY <br> ) RESTRAINING ORDER AND ORDER <br> ) TO SHOW CAUSE WHY <br> ) PRELIMINARY INJUNCTION <br> ) SHOULD NOT BE ISSUED <br> ) <br> ) <br> ) Date: April 9, 2002 <br> ) Time: 8:15 a.m. <br> ) Place: Room 107 <br> ) <br> ) <br> ) |

To:  Defendant HARRIS WINNS and his attorney:

Based on: (1) the Complaint filed against you by plaintiff BLAKELY SOKOLOFF ·

TAYLOR & ZAFMAN, LLP,  (hereinafter "BSTZ") for Injunction for Trespass to Chattels,

Conversion, Misappropriation of Trade Secrets, Unfair Competition and Threat of Violence; (2)

Plaintiff's Ex Parte Application for Temporary Restraining Order and Order to Show Cause Why a

Preliminary Injunction Should Not Be Issued; (3) the Memorandum of Points and Authorities in

support of the Ex Parte Application; and (4) the supporting declarations of Candace Mielke,

Anthony Intil, Daniel D. Domozick, Dr. Barbara Lambert, Karen Wilson, Lester J. Vincent and

Charles H. Wall, all served and filed herein, it appears to the satisfaction of the Court that: (1) this

1  is a proper case for issuance of an order to show cause why a preliminary injunction should not be

2  issued as described below and (2) unless the temporary restraining order prayed for in such

3  complaint be granted, great and irreparable injury will result to BSTZ before the matter can be

4  heard on notice, and good cause appearing therefore:

5

6      YOU ARE HEREBY ORDERED TO SHOW CAUSE at 8:45 a.m. on ~~April~~ May 6, 2002

7  ~~2002~~, or as soon thereafter as the matter may be heard in Department ___4___ of the Superior Court of

8  California in and for the County of Santa Clara located at 191 North First Street, San Jose,

9  California, why you, and anyone acting on your behalf, in association with you, or in concert with

10  you, should not be restrained, enjoined and directed as follows pending trial on the Complaint

11  herein:

12         a.    enjoined from divulging, disclosing, using or communicating to anyone at

13  any time (either directly or indirectly) in any manner whatsoever any of BSTZ's trade secrets or

14  confidential or proprietary business information;

15

16         b.    enjoined from accessing BSTZ's computer networks from any location at

17  any time;

18         c.    enjoined from sending any unsolicited e-mail correspondence to BSTZ;

19         d.    enjoined from following or stalking, or calling or sending correspondence to

20  BSTZ employees Anthony Intil, Candace Mielke, Karen Wilson and Lester J. Vincent;

21         e.    directed to stay at least 300 yards from BSTZ's employees Anthony Intil,

22  Candace Mielke, Karen Wilson and Lester J. Vincent's places of residence and place of

23  employment;

24

25         f.    directed to return to BSTZ all originals and all copies of documents and

26  tangible things containing BSTZ's trade secrets or confidential or proprietary business

27  information;

28

{R:\WDOX\CLIENTS\14359\17\00020895.DOC}                                                    - 2 -

g.    ordered to return to BSTZ the floppy disk containing the Identification files of all of its attorneys and staff members; and

h.    enjoined from deleting, damaging, and destroying any and all electronic data stored on electronic media or in peripheral devices including, but not limited to, computer hard drives, laptop hard drives, palm computers, copiers, printers, fax machines, backup tapes, JAZ drives, ZIP drives, CDs, diskettes, etc. in which electronic data resides as active, archived, residual or backed-up, whether in his custody and control or at any other location.

This Order to Show Cause shall be served on Defendant no later than *April 10, 200* by the following means of service: *personal*. Proof of such service shall be filed with the Court and delivered in the manner provided in Code of Civil Procedure Section 527.

The following briefing schedule shall apply:  Any opposition papers to the Order to Show Cause shall be filed and served on Plaintiff's counsel no later than *April 22, 200*. Any reply papers shall be filed and served on Defendant no later than *April 24, 200*.

PENDING HEARING on the above Order to Show Cause, you, and anyone acting on your behalf, in association with you, or in concert with you ARE HEREBY RESTRAINED AND ORDERED AS FOLLOWS:

a.    restrained from divulging, disclosing, using or communicating to anyone at any time (either directly or indirectly) in any manner whatsoever any of BSTZ's trade secrets or confidential or proprietary business information;

b.    restrained from accessing BSTZ's computer networks from any location at any time;

c.    restrained from sending any unsolicited e-mail correspondence to BSTZ;

d.    restrained from following or stalking, or calling or sending correspondence to BSTZ employees Anthony Intil, Candace Mielke, Karen Wilson and Lester J. Vincent;

[PROPOSED] TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE

1           e.      directed to stay at least 300 yards from BSTZ's employees Anthony Intil,

2 Candace Mielke, Karen Wilson and Lester J. Vincent's places of residence and place of

3 employment;

4           f.      directed to return to BSTZ all originals and all copies of documents and

5 tangible things containing BSTZ's trade secrets or confidential or proprietary business

6 information;

7

8           g.      directed to return to BSTZ the floppy disk containing the Identification files

9 of all of its attorneys and staff members;

10          h.      restrained damaging, and destroying any and all electronic data stored on

11 electronic media or in peripheral devices including, but not limited to, computer hard drives,

12 laptop hard drives, palm computers, copiers, printers, fax machines, backup tapes, JAZ drives, ZIP

13 drives, CDs, diskettes, etc. in which electronic data resides as active, archived, residual or

14 backed-up, whether in his custody and control or at any other location;

15

16          i.      directed to immediately make available for inspection and copying by third

17 party investigative consulting firm Noesis, any and all electronic devices capable of storing

18 electronic data on electronic media or in peripheral devices including, but not limited to, computer

19 hard drives, laptop hard drives, palm computers, copiers, printers, fax machines, backup tapes,

20 JAZ drives, ZIP drives, CDs, diskettes, etc. in which electronic data resides as active, archived,

21 residual or backed-up, whether in his custody and control or at any other location. The copied

22

23 electronic data will be lodged with the Court in a sealed envelope bearing the case name and case

24 caption to await further order of this court.

25 ///

26 ///

27 ///

28

[PROPOSED] TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE

1    The Temporary Restraining Order issued herein shall expire on _May 6, 2002_____.

2    IT IS SO ORDERED.

3    Dated: _April 10_, 2002

4

5                                                        _Mary Jo_____
                                                        Judge of the Superior Court

6                                                               MARY JO LEVINGER

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

{R:\WDOX\CLIENTS\14359\7\00020895.DOC}                                              - 5 -

[PROPOSED] TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE

1    CHARLES A. DYER, Esq., State Bar #47718
     DYER & WHITE, LLP
2    800 Oak Grove, Suite 200
     Menlo Park, CA 94025
3    Tele: (650) 325-7000
     FAX: (650) 325-3116
4    E-Mail: cdyer@dyer-white.com

5    Attorneys for Defendants
     Laura E. Innes and Ronald F. Garrity

6

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                        SAN JOSE DIVISION

11

12   HARRIS L. WINNS,                    )  Case No. C08 02622 JW
                                         )
13          Plaintiff,                   )
                                         )
14          vs.                          )
                                         )
15   BLAKELY SOLOKOFF TAYLOR & ZAFFMAN,  )
     LLP, ANTHONY INTIL, CANDY MIELKE,   )
16   JIM SALTER, MICHAEL MALLIE, JOHN P. )
     WARD, ED TAYLOR, DAN DEVOS, DIANE   )
17   ROBSON, LESTER VINCENT, STEVE       )
     ZELMAN, DAVE MONTOYA, KAREN WILSON, )
18   TAREK FAHMI, LAURA E. INNES, RONALD )  Date: November 3, 2008
     F. GARRITY, CHARLES WALL,           )  Time: 9:00 a.m.
19                                       )  Dept: Courtroom 8, 4th Floor
            Defendants.                  )  Judge: Hon. James Ware
20   _____)

21

22

23                         **EXHIBIT "B"**

24

25

26

27

28

1  LAURA E. INNES, BAR NO. 124259
   DANIEL D. DOMOZICK, BAR NO. 206976
2  SIMPSON, GARRITY & INNES
   Professional Corporation
3  651 Gateway Boulevard, Suite 1050
   South San Francisco, CA 94080
4  Telephone: (650) 615-4860
   Fax: (650) 615-4861
5
   Attorneys for Plaintiff
6  BLAKELY SOKOLOFF TAYLOR & ZAFMAN, LLP

ENDORSED

2002 MAY -6  AM 9: 03

KIRI TORRE, CEO
SUPERIOR COURT OF CA.
CO. OF SANTA CLARA
BY_____DEPUTY

CONNIE BURTON

7

8

9          SUPERIOR COURT OF THE STATE OF CALIFORNIA

10                    COUNTY OF SANTA CLARA

11  BLAKELY SOKOLOFF TAYLOR & ZAFMAN,    ) Case No.  CV806829
    LLP,                                 )
12                                       )
                       Plaintiff,        ) **STIPULATED ORDER FOR**
13                                       ) **INJUNCTION**
              v.                         )
14                                       )
    HARRIS WINNS,                        )
15                                       )
                       Defendant.        )
16  _____  )

17      1.    This order shall expire on April 30, 2005.

18      2.    Defendant Harris L. Winns (Defendant") is an African-American male, five feet six

19  inches tall, approximately 170 pounds, bald, brown eyes, 36 years old, born October 10, 1965.

20      3.    Defendant denies jointly and severally, conjunctively and disjunctively each and

21  every allegation stated in the Complaint herein.  Defendant denies any wrongdoing or liability as

22  to any cause of action stated therein.  Defendant's stipulation hereto shall not be deemed an

23  admission of liability.

24

25      4.    The parties stipulate to entry of an Order for Injunction providing that:

26      a.    Defendant, his agents, servants and all persons acting in concert or participation

27  with him must not divulge, disclose, use or communicate to anyone at any time (either directly or

28

{R:\WDOX\CLIENTS\14359\7\00021506.DOC}                                                      - 1 -

ORIGINAL

STIPULATED ORDER FOR INJUNCTION

EXHIBIT B

1    indirectly) in any manner whatsoever any of Blakely Sokoloff Taylor & Zafman (BSTZ)'s trade

2    secrets or confidential or proprietary business information.

3        b.    Defendant, and anyone acting on his behalf, in association with him, or in concert

4    with him must not access BSTZ's computer networks from any location at any time;

5

6        c.    Defendant, and anyone acting on his behalf, in association with him, or in concert

7    with him must not send any unsolicited e-mail correspondence to BSTZ or its employees;

8        d.    Defendant, and anyone acting on his behalf, in association with him, or in concert

9    with him must not follow or stalk, call or send correspondence to BSTZ employees Anthony Intil,

10   Candace Mielke, Karen Wilson and Lester J. Vincent;

11

12       e.    Defendant, and anyone acting on his behalf, in association with him, or in concert

13   with him, must stay at least 300 yards from BSTZ's employees Anthony Intil, Candace Mielke,

14   Karen Wilson and Lester J. Vincent's places of residence and place of employment;

15       f.    Defendant represents and warrants that neither he, nor anyone acting on his behalf,

16   in association with him, or in concert with him, has in his possession, custody or control, originals

17   or any copies of documents and tangible things containing BSTZ's trade secrets or confidential or

18   proprietary business information including, without limitation, the BSTZ the floppy disk

19   containing the Identification files of all of its attorneys and staff members;

20

21       5.    Violation of this order is a misdemeanor, punishable by a $1,000.00 fine, one year

22   in jail, or both, or may be punishable as a felony. This order shall be enforced by all law

23   enforcement officers in the State of California. Any person subject to a restraining order is

24   prohibited from obtaining or purchasing or attempting to obtain or purchase a firearm by Penal

25   Code section 12021. Such conduct may be a felony and punishable by a $1,000.00 fine and

26   imprisonment.

27

28

{R:\WDOX\CLIENTS\14359\7\00021506.DOC}

STIPULATED ORDER FOR INJUNCTION

- 2 -

6.     By the close of business on the date of this order, the clerk of the court shall mail a copy of this order and any proof of service to the law enforcement agencies listed below as follows:

Santa Clara County Sheriff's Office – Civil Division
55 West Younger Avenue, 2nd Floor
San Jose, CA 95110-1722

Sunnyvale Police Department
Public Safety Headquarters
700 All America Way
Sunnyvale, CA 94088-3707

Mountain View Police Department
1000 Villa Street
Mountain View, CA 94041; and

Redwood City Police Department
1301 Maple Street
Redwood City, CA 94063

Palo Alto Police Department
275 Forest Avenue
Palo Alto, CA 94301

7.     This order is effective when made. The law enforcement agencies shall enforce the order immediately upon receipt. It is enforceable anywhere in California by any law enforcement agency that has received the order or is shown a copy of the order. If proof of service on the restrained person has not been received, the law enforcement agency shall advise the restrained person of the terms of the order and then shall enforce it.

Dated: April 25, 2002

_Harris L. Winns_
Harris L. Winns

LAW OFFICES OF MARION A. WHITTAKER

Dated: April 25, 2002

By: _Marion A. Whittaker_
Marion A. Whittaker
Attorney for Defendant Harris L. Winns

{R:\WDOX\CLIENTS\1435917\00021506.DOC}

- 3 -

STIPULATED ORDER FOR INJUNCTION

1

2   Date: April __, 2002

3

4

5

6

7   SO ORDERED:

8   Dated: _____

9

10

SIMPSON, GARRITY & INNES
Professional Corporation

By: _____
LAURA E. INNES, BAR NO. 124259
DANIEL E. DOMOZICK, BAR NO. 206976
Attorneys for Plaintiff
BLAKELY SOKOLOFF TAYLOR &
ZAFMAN, LLP


By: _____
JUDGE OF THE SUPERIOR COURT

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

{R:\WDOX\CLIENTS\14359\7\00021506.DOC}

STIPULATED ORDER FOR INJUNCTION

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## CLERK'S CERTIFICATE OF MAILING

I certify that I am not a party to this cause and that a copy of the foregoing was mailed first class, postage prepaid, in a sealed envelope addressed as shown in item 6, and that the mailing of the foregoing and execution of this certificate occurred at: _____,

California, on _____:

Deputy Clerk, by _____;

{R:\WDOX\CLIENTS\14359\7\00021506.DOC}

STIPULATED ORDER FOR INJUNCTION

- 5 -