IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Harris L. Winns, | NO. C 08-02622 JW |
| Plaintiff, | **JUDGMENT** |
| v. | |
| Blakely Sokoloff Taylor & Zafman, LLP, et al., | |
| Defendants. | |

Pursuant to the Court's December 18, 2008 Order Granting Defendants' Motion to Dismiss With Prejudice; Denying Motions to Strike as Moot, judgment is entered in favor of Defendants Blakely Sokoloff Taylor & Zafman, L.L.P., Anthony Intil, Candace Mielke, Jime Salter, Michael Mallie, John P. Ward, Ed Taylor, Dan Devos, Diane Robson, Lester Vicnent, Steve Zelman, and Tarek Fahmi, Laura E. Innes, Ronald L. Garrity, and Charles Wall, against Plaintiff Harris L. Winns.

Each party shall bear their own fees and costs. The Clerk shall close this file.

Dated: December 18, 2008

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Cortney Lynn McDevitt Mcdevitc@jacksonlewis.com
Harris Lee Winns hlwinns1@yahoo.com
Joanna D. Opperman jopperman@hinshawlaw.com
Joseph J. De Hope jdehope@hinshawlaw.com
Nancy Lanore McCoy-Mathis nmccoy@strazlaw.com

Harris L. Winns
2610 Sierra Vista Court
San Jose, CA 95116

**Dated:  December 18, 2008**               **Richard W. Wieking, Clerk**

                                              **By:   /s/ JW Chambers**
                                                  **Elizabeth Garcia**
                                                  **Courtroom Deputy**