IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Harris L. Winns, | NO. C 08-02622 JW |
| Plaintiff, | **ORDER TERMINATING MOTIONS FOR LEAVE TO APPEAL IN FORMA PAUPERIS AND TO APPOINT COUNSEL** |
| v. | |
| Blakely Sokoloff Taylor & Zafman, LLP, et al., | |
| Defendants. | |

Presently before the Court are Plaintiffs' Motions for Leave to Appeal *In Forma Pauperis* and to Appoint Counsel. (See Docket Item Nos. 67, 68.) Although Plaintiff filed these motions with the Court, these motions appear to be directed to the Ninth Circuit Court of Appeals.

Accordingly, the Clerk of Court shall terminate the Motions from this Court's docket.

Dated: January 23, 2009

JAMES WARE
United States District Judge

1  **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

2  Cortney Lynn McDevitt Mcdevitc@jacksonlewis.com
Dennis Daniel Strazulo dstrazulo@strazlaw.com
3  Harris Lee Winns hlwinns1@yahoo.com
Joanna D. Opperman jopperman@hinshawlaw.com
4  Joseph J. De Hope jdehope@hinshawlaw.com
Joseph J. De Hope, Jr. jdehope@hinshawlaw.com
5  Nancy Lanore McCoy nmccoy@strazlaw.com

7  **Dated: January 23, 2009**                    **Richard W. Wieking, Clerk**

                                                  **By:      /s/ JW Chambers**
                                                          **Elizabeth Garcia**
                                                          **Courtroom Deputy**

**United States District Court**
For the Northern District of California